```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :       03 Cr. 1197 (SHS)

      -against-                      :       ORDER

UZAIR PARACHA,                         :

                 Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that:

      1.    Defendant's request to file his motion for a new trial pursuant to Fed. R. Crim P. 33 and supporting papers under seal is granted; and

      2.    Defendant's request to file an oversized brief is granted.

Dated: New York, New York
       November 21, 2008

                                   SO ORDERED:

                                   Sidney H. Stein, U.S.D.J.