```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        03-Cr-1197 (SHS)

    -against-                                       :
                                                              ORDER
UZAIR PARACHA,                                   :

                    Defendant.                    :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Court has in its possession the following submissions in connection with defendant's motion for a new trial pursuant to Fed. R. Crim. P. 33:

    1.    Defendant's notice of motion, declaration in support of motion and memorandum of law in support of motion for a new trial dated November 21, 2008;

    2.    Government's memorandum in opposition dated February 6, 2009; and

    3.    Reply memorandum of law in support of motion dated March 17, 2009.

    If either party wishes to supplement those submissions it shall do so on or before March 19, 2018.

Dated: New York, New York
          March 8, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.