In the United States Court of Appeals
for the Second Circuit

RECEIVED
2018 FEB 16 PM 2:54
U.S. CLERK'S OFFICE
U.S. COURT OF APPEALS

In re Uzair Paracha
            Petitioner

Petition for Writ of Mandamus to
    the United States District Court
        for the Southern District Court of New York

1. Petitioner, Uzair Paracha, is the defendant in United States of America v. Uzair Paracha, Case No.: 03 CR 1197 in the Southern District of New York before Senior Judge Sidney Stein.

2. Petitioner was convicted on November 23rd, 2005 and sentenced on July 21st 2006 in the United States District for the Southern District of New York.

3. On November 21st, 2008 Petitioner by and through counsel filed a Criminal

- 1 -

Rule 33 Motion for New Trial, Doc. 93.

4. This Motion for New Trial has been pending for over 9 (nine) years, without a decision being issued.

5. Senior Judge Sidney Stein has abused his discretion by failing to issue a ruling on the Criminal Rule 33, Motion for New Trial.

6. Petitioner is entitled to orderly, efficient administration of justice. One hundred and ten (110) months awaiting a ruling, that he is entitled to, is a clear abuse.

RELIEF SOUGHT

Uzair Paracha, petitioner, seeks a Writ of Mandamus to be issued by this Court directing Senior Judge Sidney H. Stein of the United States District Court for the Southern

- 2 -

District, in the case entitled U.S. v. Paracha,
Dist. Ct. No. 03 CR 1197, to

    1. Issue a ruling in the pending Criminal
Rule 33, Motion for New Trial filed on
November 21st, 2008.

    2. If Respondent files a ruling on the
pending Crim. Rule 33, Motion for New Trial
after the filing of this petition for Writ
of Mandamus, all costs associated with this
action be paid by respondent.

    Dated: February 7th, 2018

                           Respectfully submitted

                           Uzair Paracha

Service on Respondents.

I certify that a true and correct copy of the attached Petition for Writ of Mandamus was sent by first-class mail in a properly addressed envelopes with first class postage duly paid on February 7th, 2018 to the U.S. attorney for the Southern District of New York and Senior Judge Sidney H. Stein.

Dated: February 7th, 2018

Respectfully submitted

Uzair Paracha

- 4 -