USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       03-Cr-1197 (SHS)

    -against-                                            :

UZAIR PARACHA,                                    :       ORDER

                  Defendant.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        The Court has received Joshua Dratel's March 19, 2018, letter requesting an extension to April 2, 2018, of the deadline to file supplemental submissions to defendant's motion for a new trial. That request is granted. In addition, the Court is in possession of Mr. Dratel's April 20, 2009, letter which was filed under seal but is not in possession of the August 19, 2009, letter Mr. Dratel refers to.

Dated: New York, New York
        March 19, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.