

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 4, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/6/18
```

**BY ECF AND EMAIL**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Paracha*, 03 Cr. 1197 (SHS)

Dear Judge Stein:

**MEMO ENDORSED**

    On Monday, April 2, 2018, the Government received a copy of the letter-brief and exhibits submitted by Mr. Dratel in response to this Court's orders of March 8, 2018, and March 19, 2018. In his 13-page, single-spaced submission, Mr. Dratel advances a number of arguments that relate to, but were not themselves previously raised in, Paracha's pending new trial motion. Although the Government submits that these arguments can be rejected on the grounds articulated in the Government's original opposition of February 2, 2009, to the extent that the Court feels that they merit further consideration, the Government would be glad to submit a response addressing them directly. If the Court would like such a response, given the length of Mr. Dratel's submission, the Government would respectfully request to have until April 20, 2018, to prepare and submit one.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ _____
KARL METZNER
Assistant United States Attorney
(212) 637-2476

cc: Joshua Dratel, Esq.

*Application granted*

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.