United States District Court
Southern District of New York

United States of America,
      Plaintiff

vs.

                              Case No. 03-CR-1197-SHS

Uzair Paracha,
      Defendant

## Motion To Provide a Copy of Letter-motion filed 4/2/18.

Comes Now the Defendant, Uzair Paracha, and as a prisoner proceeding pro se moves the Court to provide a copy to him of the Letter-motion filed 4/2/18.

Defendant has learned, when he was served a copy of the Government's Opposition to Supplemental Motion, filed 4/20/2018, that a letter-motion was filed in his case. Defendant is unaware of this filing, and cannot cogently respond to the Government's opposition in the absence of this document.

Wherefore, in light of the facts cited above, the Court would duly provide him with a copy of the filing made in his case, and stay adjudication of the Government's motion in opposition.

                                          Respectfully Submitted,

                                          Uzair Paracha

## CERTIFICATE OF SERVICE

I, Uzair Paracha, deposited this Motion for Copy of Letter Motion in the FCI Terre Haute prison legal mail system, bearing the proper first-class postage prepaid, on May 1, 2018.

Opposing Counsel will be served via the Court's CM/ECF electronic filing system.

All statements are the truth, under penalty of perjury. 28 USC §1746.

Signed,

Uzair Paracha
Reg # 54896-054
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808