February 28th, 2018

03 CR 1197

Docket + file

RECEIVED MAR 1 9 2018 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/18

Clerk of the Court SDNY
500 Pearl Street, Room 12ND.
NY, NY 10007-1312.

Sir/Madam,

My name is Uzair Paracha.

On February 7th, 2018 I filed a petition for Writ of Mandamus with the U.S. Court of Appeals for the Second Circuit against the U.S. District Court (S.D.N.Y.) trial-judge Sidney H. Stein.

As per procedure I submitted a copy of the petition to the address on top. Since I neglected to enclose a cover letter the trial-judge's copy was forwarded to the Court of Appeals and then returned to me.

I am resubmitting the copy with a request that it be provided to Senior Judge Sidney H. Stein U.S. District Court, SDNY, as per filing procedure.

To re-iterate, this is only a copy for the trial court judge and the original petition has already been filed at the Court of Appeals.

Regards
Uzair Paracha
Reg # 54896-054
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808.