



**LAW OFFICES OF**
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@joshuadratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

March 19, 2018

**BY ELECTRONIC MAIL**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Uzair Paracha,*
                           03 Cr. 1197 (SHS)

Dear Judge Stein:

       This letter is submitted in connection with the Court's March 8, 2018, Order with respect to Uzair Paracha's Motion for a New Trial, filed pursuant to Rule 33, Fed.R.Crim.P., in the above-entitled case. It is respectfully requested that the Court extend the deadline for submissions for two weeks – until April 2, 2018 – for the reasons set forth below.

       I am not certain whether I still represent Mr. Paracha, and have made inquiry in that regard, but have heard back from him. I understand that he has made a *pro se* filing, but have not been in contact with him. Due to his current incarceration, I expect that within the additional two-week period I will have a conclusive answer, and would be able either to move to be relieved or to submit additional documents (or not).

       In that context, in my electronic file I have two letters from me to the Court, dated April 20, 2009, and August 19, 2009, that relate to matters relevant to Mr. Paracha's motion but which arose subsequent to the conclusion of the briefing listed in the Court's March 8, 2018, Order. However, because this case predates the ECF system, and because the letters are labeled "BY HAND" and "FILED UNDER SEAL," I do not have specific confirmation that they were, in fact, submitted. Nevertheless, they remain relevant, and if the Court does not have them, at the very least I would submit them (and perhaps, after I am in contact with Mr. Paracha) in updated form.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
March 19, 2018
Page 2 of 2

If they have been submitted, subsequent events and disclosures relate to their subject matter, and could very well merit amplification. In that regard, guidance from the Court with respect to whether those letters were, in fact, submitted and/or are available to the Court, would be appreciated.

    Accordingly, it is respectfully requested that for the reasons set forth below, the Court extend the date for supplemental submissions for two weeks until April 2, 2018.

                                                  Respectfully submitted,

                                                  Joshua L. Dratel

JLD/

cc:    Lisa R. Zornberg
        Chief, Criminal Division
        United States Attorney's Office
        Southern District of New York
        (By Electronic Mail)