USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        03-Cr-1197 (SHS)

      -against-                                       :

UZAIR PARACHA,                                     :

                  Defendant.                 :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that the Clerk of Court shall designate this case to the Electronic Case Filing database (ECF). Counsel for any party who is not a registered user of this Court's ECF database is directed to register immediately and obtain a log in and password to this Court's ECF database.

Dated: New York, New York
       July 3, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.