UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | :  03 Cr. 1197 (SHS) |
| UZAIR PARACHA, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**GOVERNMENT'S MOTION FOR ADDITIONAL
TIME WITHIN WHICH TO FILE A NOTICE OF APPEAL**

By opinion and order dated July 3, 2018, this Court granted Uzair Paracha's motion for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. Under Rule 4(b)(1)(B)(i) of the Federal Rules of Appellate Procedure, the Government would have until August 2, 2018, within which to file a notice of appeal of that order to the United States Court of Appeals for the Second Circuit.

As this Court is aware, Paracha's case was tried in 2005, and the events of his case occurred mostly in 2003. In additional to the difficulties presented from the age of the case, this Court's opinion presents difficult legal and policy issues involving statements made by detainees, and potential witness testimony from such individuals. As a result, the Government's decision regarding whether to appeal this

- 1 -

Court's ruling implicates more difficult legal and practical issues than the usual case, requiring consultation at numerous and varied levels within the Department of Justice.

In light of the complexities and age of the case, the Government respectfully submits that it has good cause to request, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure, an additional thirty (30) days to decide whether to file a notice of appeal from this Court's new trial order. Joshua Dratel, Esq., counsel for Paracha, has advised that he has no objection to this request.

Thirty days from August 2, 2018, would be September 1, 2018, which is a Saturday. Because the following Monday is the Labor Day holiday, the next business day is Tuesday, September 4, 2018.

WHEREFORE, the Government respectfully requests to be given until September 4, 2018 to file a notice of appeal (if any) from this Court's July 3, 2018 order granting Paracha's motion for a new trial.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By:   __/s/_____
       KARL METZNER
       ELIZABETH HANFT
       Assistant United States Attorneys
       (212) 637-2476/2334