USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        03-Cr-1197 (SHS)

    -against-                            :
                                                  ORDER
UZAIR PARACHA,                           :

                Defendant.               :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      IT IS HEREBY ORDERED that the government's motion for additional time within which to file a notice of appeal [Doc. 118] is granted. The last day for the government to file its notice of appeal is September 4, 2018.

Dated:  New York, New York
        July 24, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.