USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 03-Cr-1197 (SHS)

    -against-  :

UZAIR PARACHA,  : <u>ORDER</u>

           Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that there will be a status conference in this matter on Friday, August 10, 2018, at 11:00 a.m.

Dated:    New York, New York
            August 8, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.