Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2018

Caption:

United States v.

Uzair Paracha

Docket No.: 03 Cr. 1197

Hon. Sidney H. Stein
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment ☐, other ✓ Opinion and Order Granting Motion for New Trial
entered in this action on July 3, 2018.
(date)                                                                                  (specify)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ☐  Other ✓
Defendant found guilty by plea ☐  trial ✓  N/A ☐.
Offense occurred after November 1, 1987?  Yes ✓  No ☐  N/A ☐
Date of sentence: July 20, 2006   N/A ☐
Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓ No ☐  If yes, provide the following information:

Defendant's Counsel: Joshua L. Dratel
Counsel's Address: 29 Broadway, Suite 1412
New York, NY 10006
Counsel's Phone: (212) 732-0707

Assistant U.S. Attorney: Karl Metzner/Elizabeth A. Hanft  *EHanft*
AUSA's Address: One St. Andrew's Plaza
New York, New York 10007
AUSA's Phone: (212) 637-2334