USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/18

November 9, 2017

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007.

Docket file
03-cr-1197(SHS)

Re: United States v. Uzair Paracha
06-3599 (cr)

Subj: Fed. R. Crim. P. 33 Motion of November 21, 2008.
Docket No. 93.

Dear Judge Stein,

I am writing this letter pro se to respectfully inquire into the status of my Rule 33 motion of 2008. As it appears in my docket sheet, all pleadings and responses were filed by April 20, 2009 making it nearly nine (9) years since this motion was placed before this court.

If this court could give me any guidance or information as to my motion's status, or when any such decision may be made, I would be grateful.

Sincerely
Uzair Paracha
No. 54896-054
FCI Terre Haute, P.O. Box 33
Terre Haute, IN 47808.