LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

—

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@joshuadratel.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/18

JOSHUA L. DRATEL

—

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

September 18, 2018

**BY ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Uzair Paracha*,
          03 Cr. 1197 (SHS)

Dear Judge Stein:

This letter is in regard to defendant Uzair Paracha, whom I represent in the above-entitled case, and respectfully requests an adjournment of the status conference presently scheduled for Thursday, September 20, 2018, at 4 p.m. I have spoken to Assistant United States Attorney Karl Metzner, and he has informed me that the government does not object to this application.

It is respectfully requested that the conference be adjourned because at this time there is not anything new to report other than that the government has filed a Notice of Appeal from the Court's decision granting Mr. Paracha's motion pursuant to Rule 33, Fed.R.Crim.P. As a result, it is respectfully submitted that a short adjournment would be a more efficient use of the Court's and parties' resources. I am unavailable October 1 & 2, 2018, but am available the remainder of that week – October 3 through October 5.

Accordingly, it is respectfully requested that the status conference scheduled for Thursday, September 20, 2018, be adjourned for a short period. As noted above, the government does not object to this application.

Respectfully submitted,

Joshua L. Dratel

JLD/

*Conf adjrned to Sept 27 at 2:15 pm*

SO ORDERED 9/18/18

SIDNEY H. STEIN
U.S.D.J.