LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@joshuadratel.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/18
```

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

November 6, 2018

**BY ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Uzair Paracha*,
          03 Cr. 1197 (SHS)

Dear Judge Stein:

This letter is in regard to defendant Uzair Paracha, whom I represent in the above-entitled case, and respectfully requests an adjournment of the status conference presently scheduled for Monday, November 19, 2018, at 2:30 p.m. (ECF Dkt #135) because when I made my prior request for an adjournment (ECF Dkt # 134) I did not inform the Court that I am unavailable November 19, 2018, because I must attend a conference that with the Department of Justice's Capital Case Committee with respect to another case, *United States v. Davis (Hawkins)*, 17 Cr. 364 (CS). That conference is scheduled for 1 p.m.; as a result, I would be unable to appear in this case and still travel to Washington, D.C., in time for that conference. I apologize for the omission, and any inconvenience it causes.

Regarding scheduling, I am available November 20, 2018 (except from 3:30-4:30 for another court appearance in the Southern District), November 21, 2018, November 26, 2018, November 27, 2018 (after 4 p.m.), November 29, 2018, and November 30, 2018. I commence a trial in *United States v. Peter (Campbell)*, 17 Cr. 54 (NRB), December 3, 2018. That trial is expected to last two weeks.

Again, I apologize for the omission. Accordingly, it is respectfully requested that the status conference scheduled for Monday, November 19, 2018, be adjourned to an available date convenient to the Court.

*The Conference is adjourned to Nov. 20 at 2:30pm.*

Respectfully submitted,

Joshua L. Dratel

SO ORDERED 11/6/18

SIDNEY H. STEIN
U.S.D.J.

JLD/