LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@joshuadratel.com

JOSHUA L. DRATEL                                                                                 STEVEN WRIGHT
—                                                                              *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

February 28, 2019

**BY ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                               Re:      *United States v. Uzair Paracha*,
                                                            03 Cr. 1197 (SHS)

Dear Judge Stein:

       This letter is in regard to defendant Uzair Paracha, whom I represent in the above-entitled case, and reports to the Court with respect to the prospective August 5, 2019, trial date. The potential May 28, 2019, trial date in another case has been adjourned until September 30, 2019. However, the July 8, 2019, trial date in *United States v. Davis*, 17 Cr. 364 (CS) remains intact. As a result, given the preparation necessary for that trial (including motions and hearings, as well as continued pretrial litigation for the case on for trial September 30, 2019), and this trial thereafter, it is respectfully requested that the trial date of August 5, 2019, in this case as set by the Court remain in place.

                                                          Respectfully submitted,

                                                          Joshua L. Dratel

JLD/