IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> UZAIR PARACHA, <br><br> *Defendant.* | Case No. 03-CR-1197 (SHS) |

NOTICE OF APPEARANCE
AND REQUEST FOR ELECTRONIC NOTIFICATION

Please enter my appearance on behalf of the defendant in the above-captioned case, Uzair Paracha, and add me as a Filing User to whom Notices of Electronic Filing will be transmitted in this matter. Further, I certify that I am an attorney in good standing in the State of New York and in the United States District Court for the Southern District of New York.

Dated:   Long Island City, New York
         May 13, 2019

                                        Respectfully submitted,

                                        _____/s/_____
                                        RAMZI KASSEM
                                        **CLEAR project**
                                        **Main Street Legal Services, Inc.**
                                        CUNY School of Law
                                        2 Court Square
                                        Long Island City, NY 11101
                                        T: (718) 340-4558
                                        F: (718) 340-4478
                                        E: ramzi.kassem@law.cuny.edu

                                        *Counsel for Defendant Uzair Paracha*