

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2019

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Uzair Paracha*, 03 Cr. 1197 (SHS)

Dear Judge Stein:

      The Government respectfully writes to request an order directing the Clerk of the Court to return the $500 special assessment paid by defendant Uzair Paracha in light of this Court's order vacating Paracha's conviction and ordering a new trial.

      On July 21, 2006, this Court entered a Judgment and Conviction Order sentencing Paracha in light of his conviction at trial. That order directed Paracha, pursuant to 18 U.S.C. § 3013, to pay a $500 special assessment ($100 per count of conviction), to the Clerk of the Court. Paracha paid that assessment as directed. The Second Circuit has recognized that a defendant who successfully challenges his conviction "may be entitled to seek return of the related special assessments." *Dhinsa v. Krueger*, 917 F.3d 70, 78-79 (2d Cir. 2010). As a result, in light of this Court's July 3, 2018 order granting Paracha a new trial, the Government respectfully requests that this Court direct the Clerk of the Court to refund to Paracha, through his attorneys, the $500 special assessment.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: s/_____
    Karl Metzner & Elizabeth A. Hanft
    Assistant United States Attorneys
    (212) 637-2476/2334

cc:    Joshua Dratel, Esq. (by ECF)

SO ORDERED:    _____
                Hon. Sidney H. Stein