**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/19
```

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Uzair Paracha*, 03 Cr. 1197 (SHS)

Dear Judge Stein:

The Court has scheduled a status conference in the above-captioned case for Thursday, June 20 at 3:00 p.m. The Government respectfully writes to request that the start time for the status conference be moved to later in the afternoon of June 20 – beginning as early as 3:30 p.m., if convenient to the Court – to account for a previously scheduled sentencing hearing beginning at 2:00 p.m. that Government counsel must attend. Defense counsel consents to the Government's request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: s/
 Elizabeth A. Hanft
 Karl Metzner
 Assistant United States Attorneys
 (212) 637-2334/2476

cc:   Joshua Dratel, Esq. (by ECF)
 Ramzi Kassem, Esq. (by ECF)

*Conf. moved to 3:30 p.m.*

SO ORDERED 6/19/19

SIDNEY H. STEIN
U.S.D.J.