USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

UZAIR PARACHA,

Defendant.

03-Cr-1197 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, IT IS HEREBY ORDERED that:

1. The schedule for defense motions is adjourned as follows: motions are due on November 22, 2019; responses are due on December 27, 2019; and replies are due on January 10, 2020.

2. To ensure that a substantial percentage of discovery material is turned over to the defense prior to November 22, 2019, the government is directed to submit a status report to the Court in writing, with a copy to the defense, on or about the first of each month, the tenth of each month, and the twentieth of each month with the following information: (1) what has happened in terms of production since the last status report; (2) how many people are working on reviewing documents; (3) how many documents have been turned over to the defense to date; (4) how many documents have been turned over to the defense since the last report; (5) and what the government's projection is as to future production dates and materials.

Dated: New York, New York
August 29, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.