UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
            – against –                             :
                                                    :
UZAIR PARACHA,                                      :
                                                    :
            Defendant.                              :
                                                    :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
03 Cr. 1197 (SHS)  3/18/2020

NOTICE OF MOTION
FOR A NEW TRIAL
PURSUANT TO
RULE 33, FED.R.CRIM.P.

~~FILED UNDER SEAL~~  SHS 3/17/2020

     PLEASE TAKE NOTICE, that upon the annexed Declaration of Joshua L. Dratel, Esq., the Exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, UZAIR PARACHA, will move before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

    (a)    for a new trial pursuant to Fed.R.Crim.P. 33;

    (b)    alternatively, a hearing on this motion; and

    (c)    for any such other and further relief that the Court seems just and proper.

Dated: November 21, 2008
       New York, New York

                            Respectfully submitted,

                            JOSHUA L. DRATEL
                            jdratel@joshuadratel.com
                            AARON MYSLIWIEC
                            amysliwiec@joshuadratel.com
                            Law Offices of Joshua L. Dratel, P.C.
                            2 Wall Street - 3rd Floor

New York, New York 10005
(212) 732-0707

*Attorneys for Defendant*
*Uzair Paracha*

To:   THE HON. SIDNEY H. STEIN
      UNITED STATES DISTRICT JUDGE

      UNITED STATES ATTORNEY
      SOUTHERN DISTRICT OF NEW YORK