UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**UZAIR PARACHA,**<br><br>*Defendant.* | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/18/2020<br><br>Case No. 03-CR-1197 (SHS) |

## [PROPOSED] ORDER TO UNSEAL DOCUMENTS

**IT IS HEREBY ORDERED THAT** the following documents be unsealed and docketed publicly:

- ~~The Government's letter of March 13, 2020.~~

- ~~The Court's order, dated March 13, 2020, permitting Mr. Paracha's release into the custody of law enforcement agents.~~

- The Government's letter of March 4, 2020.

- ~~The parties' joint request regarding unsealing, dated February 13, 2020 (filed by Attorney Ramzi Kassem on behalf of both parties).~~

- ~~Transcript of January 3, 2020 hearing.~~

- Mr. Paracha's letter of December 30, 2019 (filed by Mr. Kassem).

- Mr. Paracha's two letters of December 27, 2019 (filed by Attorney Joshua Dratel).

- The Government's letter of December 27, 2019.

- Transcript of December 20, 2019 hearing.

- The Government's letter of December 16, 2019.

- The Government's letter of December 12, 2019, along with its attachments (draft *nolle prosequi*, agreement, affidavit, and redacted Form I-407).

- The Government's letter of December 2, 2019.

- Unclassified / redacted transcript of October 18, 2019 hearing pursuant to CIPA sec. 2.

- ECF No. 94, Mr. Paracha's motion for a new trial, dated November 21, 2008.

- ECF No. 98, Government's opposition to Mr. Paracha's motion for a new trial, dated February 6, 2009.

- ECF No. 100, Mr. Paracha's reply in further support of motion for a new trial, dated March 17, 2009.

- ECF No. 114, letter (filed by Mr. Dratel) in further support of Fed. R. Crim. P. 33 Motion for a New Trial (Apr. 20, 2009).

- ECF No. 116, Government's Opposition, dated April 20, 2018, to defense letter dated April 2, 2018.

- ECF No. 177, letter dated April 2, 2018 and its exhibits (filed by Mr. Dratel).

Date: March 16, 2020

_____
HON. SIDNEY H. STEIN
United States District Judge
Southern District of New York